UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-22961-CIV-COOKE/WHITE

VICTOR M. TORRES,

    *Plaintiff*,

v.

GARY CASTEEL, *et al.*,

    *Defendants*.

_____/

## ORDER ADOPTING JUDGE WHITE'S REPORT AND RECOMMENDATION

This matter is before me on Judge White's Report and Recommendation on Defendant's Motion to Dismiss [D.E. 29] and Defendant Gary Casteel's Objection to Report [D.E. 32]. I have conducted a *de novo* review of the record, which included Plaintiff's Complaint, Defendant's Motion to Dismiss, Judge White's Report, and Defendant's Objection to Report.

I find that Judge White's Report and Recommendation should be affirmed and adopted. Defendant argues that Plaintiff Victor Torres' Complaint should be dismissed because he has failed to state a constitutional claim, and therefore the Defendant is entitled to qualified immunity. Plaintiff is proceeding *in forma pauperis*, and I previously issued an Order allowing his claim to proceed against Mr. Casteel. Although Defendant cited to three cases in support of his motion to dismiss, Judge White found these cases distinguishable from the case at hand. I agree with Judge White.

Mr. Casteel has cited, *inter alia*, *Johnson v. Rush*, which held that a physician assistant's use of significant force while performing a rectal exam did not constitute an Eighth Amendment violation. No. 1:06-CV-0627, 2007 WL 2845003 (M.D. Pa. September 26, 2007). On appeal, however, the Third Circuit held that the District Court erred in failing to advise the plaintiff that he

could amend his complaint, and "overlooked the possibility of a prison medical official administering an appropriate exam in an inappropriate manner." *Johnson v. Rush*, No. 07-4243, 2009 WL 237187 (3d Cir. February 3, 2009). In his Complaint, Mr. Torres alleges that Mr. Casteel called him a "lying Jewish preacher" before roughly penetrating his anus three times, and asking "Do you like it, Victor? Do you like it Victor?" On these facts, I agree with Judge White's conclusion that Mr. Torres has raised sufficient facts for his claim to proceed. I, therefore, affirm and adopt Judge White's Report and Recommendation [D.E. 29]. Defendant's Motion to Dismiss [D.E. 21] is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 23rd day of September 2009.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:

The Honorable Patrick A. White

All counsel of record

Victor M. Torres, *pro se*
Reg. No. 44304-004
FCI - Big Spring
Federal Correctional Institute
1900 Simler Avenue
Big Spring, TX 79720